**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| UNITED STATES | \* |
| | \* |
| v. | \*   CRIM. NO. 21-mj-06021-DEA |
| | \* |
| RICHARD N. EDWARDS, JR | \* |
| | \* |
| | \*\*\*\*\* |

**ORDER REGARDING USE OF VIDEO CONFERENCING/TELECONFERENCING**

In accordance with Standing Order 2020-06, this Court finds:

☑   That the Defendant (or the Juvenile) has consented to the use of video teleconferencing/teleconferencing to conduct the proceeding(s) held today, after consultation with counsel; and

The proceeding(s) held on this date may be conducted by:

☑   Video Teleconferencing

☐   Teleconferencing, because video teleconferencing is not reasonably available for the following reason:

☐   The Defendant (or the Juvenile) is detained at a facility lacking video teleconferencing capability.

☐   Other:

Date: 7/6/2021

_____
Honorable Douglas E. Arpert
United States Magistrate Judge