DNJ-CR-022 Order Regarding Use of Video Conferencing/Teleconferencing (Rev. 10/2021)

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| | * |
| | *    21-mj-06021-DEA-1 |
| v. | * |
| | * |
| RICHARD N. EDWARDS, JR. | * |
| | ***** |

## ORDER REGARDING USE OF VIDEO CONFERENCING/TELECONFERENCING

In accordance with the operative COVID-19 Standing Orders, this Court finds:

[✓]    That the Defendant (or the Juvenile) has consented to the use of video

teleconferencing/teleconferencing to conduct the proceeding(s) held today, after consultation

with counsel; and

The proceeding(s) held on this date may be conducted by:

[✓]    Video Teleconferencing

[ ]    Teleconferencing, because video teleconferencing is not reasonably available for the

following reason:

[ ]    The Defendant (or the Juvenile) is detained at a facility lacking video

teleconferencing capability.

[ ]    Other:

Date:  January 14, 2022

_____
Honorable Douglas E. Arpert
United States Magistrate Judge