UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Mag. No. 21-6021 (DEA) |
| v. | : | CONTINUANCE ORDER |
| RICHARD N. EDWARDS, JR., a/k/a "Daddy Rich" | : | |

This matter having come before the Court on the joint application of Philip R. Sellinger, United States Attorney for the District of New Jersey (by Ian D. Brater, Assistant U.S. Attorney), and defendant RICHARD N. EDWARDS, JR. (by Bruce Throckmorton, Esq.) for an order granting a continuance of the proceedings in the above-captioned matter from the date this Order is signed through January 5, 2023; and the Court having previously entered Standing Orders 20-02, 20-03, 20-09, 20-12, extensions of Standing Order 20-12, Standing Order 21-04, and extensions of Standing Order 21-04, in response to the national emergency created by COVID-19; and the defendant being aware that he has the right to have the matter submitted to a grand jury within 30 days of the date of his arrest pursuant to Title 18, United States Code, Section 3161(b); and the defendant, through his attorney, having consented to the continuance; and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

(1) Plea negotiations have commenced and are ongoing, and both the United States and the defendant seek time to achieve a successful

1

resolution of these negotiations, which would render trial of this matter unnecessary;

(2) In response to the national emergency created by COVID-19, the Chief Judge of this Court has entered Standing Orders 20-02, 20-03, 20-09, 20-12, extensions of Standing Order 20-12, Standing Order 21-04, and extensions of Standing Order 21-04, which are incorporated herein by reference;

(3) The failure to grant such a continuance would deny counsel for the defendant or the attorney for the government the reasonable time necessary for effective preparation, taking into account the exercise of due diligence;

(4) The defendant has consented to the aforementioned continuance;

(5) The grant of a continuance will likely conserve judicial resources; and

(6) Pursuant to Title 18, United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

IT IS, therefore, on this 5th day of October, 2022,

ORDERED that this action be, and it hereby is, continued from the date this Order is signed through January 5, 2023; and it is further

ORDERED that the period from the date this Order is signed through and including January 5, 2023 shall be excludable in computing time under the Speedy Trial Act of 1974.

_____
HON. DOUGLAS E. ARPERT
United States Magistrate Judge

Form and entry consented to:

_____
Bruce Throckmorton, Esq.
Counsel for Defendant


s/ Ian D. Brater
_____
Ian D. Brater
Assistant U.S. Attorney