BRUCE THROCKMORTON, ESQUIRE
143 Whitehorse Avenue
Trenton, NJ 08610
609-585-0050
Attorney for Defendant Richard Edwards, Jr.

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | HON. DOUGLAS E. ARPERT, U.S.M.J. |
| Plaintiff, | : | |
| v. | : | Docket 21-mj-6021 (DEA) |
| | : | |
| RICHARD N. EDWARDS, JR., | : | |
| Defendant | : | CONSENT ORDER PERMITTING PRETRIAL RELEASE WITH CONDITIONS |
| | : | |

This matter having come before the Court on the application of defendant Richard N. Edwards, Jr., through his attorney Bruce Throckmorton, Esq., and Assistant United States Attorney Ian Brater, having appeared on behalf of the United States Attorney for the District of New Jersey, for an Order permitting pretrial release and AUSA Ian Brater having no objection, and

Pretrial Services Officer Michele Roman having approved the defendant residing with Regina Bacon, at her home located at 146 David Street, South Amboy, New Jersey, 08879,

Therefore, on this 21st day of April, 2023,

IT IS ORDERED that defendant's application for pretrial release is hereby GRANTED, subject to the following conditions:

1. The defendant's travel is restricted to New Jersey.
2. The defendant is to surrender all passports and travel documents to Pretrial Services and shall not apply for new travel documents.
3. The defendant is to refrain from possessing a firearm, destructive device, or other dangerous weapons.
4. The defendant is to maintain current residence or a residence approved by Pretrial Services.
5. The defendant is subject to Home Detention and electronic monitoring or other location verification system.  The defendant is restricted to his residence at all times except for the following: education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities pre-approved by the Pretrial Services office or supervising officer.  The defendant shall pay all or part of the cost of the home confinement program based upon his ability to pay as determined by the Pretrial Services office or supervising officer.
6. Supervision by Pretrial Services.

IT IS FURTHER ORDERED that the defendant shall be released from the United States Marshal's custody to the Pretrial Services Office in Newark for the installation of location monitoring.

s/ Ian Brater                           s/ Bruce Throckmorton
_____            _____
Ian Brater, AUSA                        Bruce Throckmorton, Esq.

_____
HON. DOUGLAS E. ARPERT, U.S.M.J.