UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Crim. No. 23-49 (PGS) |
| | : | |
| v. | : | |
| | : | CONSENT ORDER TEMPORARILY |
| RICHARD N. EDWARDS, JR. | : | MODIFYING CONDITIONS OF |
| | : | RELEASE |

This matter being opened before the Court by Defendant, Richard N. Edwards, Jr., through counsel, Bruce Throckmorton, Esq., for an Order granting permission to travel to and attend a funeral for a family member at the Union Baptist Church in South River, New Jersey on Saturday, May 6, 2023; and the United States Attorney for the District of New Jersey (Ian D. Brater, Assistant United States Attorney, appearing) having consented; and United States Pretrial Services having no objection to the Defendant making this request to the Court; and for good cause shown,

IT IS, therefore, on this  5th   day of May, 2022,

ORDERED that the Defendant's conditions of release are temporarily modified to allow the Defendant to travel from his residence to the Union Baptist Church, located at 76 Washington Street, South River, New Jersey 08882, on Saturday May 6, 2023, to attend a funeral for a family member between the hours of 11:30 a.m. and 2:30 p.m. [which includes travel time]; and it is further

1

ORDERED that all other conditions of release set forth in the Court's Order Permitting Pretrial Release with Conditions, dated April 21, 2023, shall remain in full force and effect.

_____
HON. DOUGLAS E. ARPERT
United States Magistrate Judge

Form and entry consented to:

*s/ Ian D. Brater*

_____
Ian D. Brater
Assistant U.S. Attorney


*s/ Bruce Throckmorton*

_____
Bruce Throckmorton, Esq.
Counsel for Defendant